NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,**
*Plaintiff-Appellant*

v.

**THE CHINESE UNIVERSITY OF HONG KONG,**
*Defendant-Appellee*

---

2015-2011

---

Appeal from the United States District Court for the Northern District of California in No. 3:12-cv-00865-SI, Judge Susan Y. Illston.

---

**ON MOTION**

---

Before LINN, *Circuit Judge.*

**O R D E R**

The Chinese University of Hong Kong moves for leave for the court to "provide guidance" concerning the contents of the record on appeal or, in the alternative, "strike the highlighted items in Exhibit 1 from Stanford's designations to the Joint Appendix." The Board of Trustees of

the Leland Stanford Junior University opposes the motion.

The court notes that the opening brief and the appendix have not been filed. The court does not generally provide guidance regarding the contents of the brief and the joint appendix prior to the parties having filed them. The parties are reminded that the briefs and the joint appendix must be prepared in accordance with Federal Circuit Rules 31 and 32.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26